No. 27, Orig.   OHIO *v.* KENTUCKY, 456 U. S. 958; and

No. 81, Orig.   KENTUCKY *v.* INDIANA ET AL., 456 U. S. 958.   Petition of Dorothy Cole et al. for rehearing on denial of leave to intervene denied.

No. 80–1430.   ENGLE, CORRECTIONAL SUPERINTENDENT *v.* ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT *v.* BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT *v.* HUGHES, 456 U. S. 107.   Petition of Kenneth L. Bell for rehearing denied.

No. 81–6281.   APPLEBY *v.* WTIC–FM RADIO STATION ET AL., 456 U. S. 933.   Motion for leave to file petition for rehearing denied.

## JUNE 22, 1982

No. 81–1551.   SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* ROSOFSKY.   D. C. E. D. N. Y.   [Probable jurisdiction noted, 456 U. S. 959.]   Appeal dismissed under this Court's Rule 53.